**2010–2268. State v. Zachery.**
Stark App. No. 2008–CA–00187, 2009-Ohio-715. On motion for leave to file delayed appeal. Motion denied.

**2011–0021. State v. McCrary.**
Hamilton App. No. C–100300. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR, C.J., and LANZINGER, J., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2010–1911. Young v. State.**
Hamilton App. No. C–090771. Discretionary appeal accepted on Proposition of Law Nos. I, II, III, and IV; cause held for the decision in 2009–0088, *State v. Williams,* Warren App. No. CA2008–02–029, 2008-Ohio-6195; and briefing schedule stayed.

PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law Nos. V and VI without holding.

**2010–1914. Feltha v. State.**
Hamilton App. No. C–090796. Discretionary appeal accepted on Proposition of Law Nos. I, II, III, and IV; cause held for the decision in 2009–0088, *State v. Williams,* Warren App. No. CA2008–02–029, 2008-Ohio-6195; and briefing schedule stayed.

PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law Nos. V-VIII without holding.

**2010–1915. Beck v. State.**
Hamilton App. No. C–090891. Discretionary appeal accepted on Proposition of Law Nos. I, II, III, and IV; cause held for the decision in 2009–0088, *State v. Williams,* Warren App. No. CA2008–02–029, 2008-Ohio-6195; and briefing schedule stayed.

PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law Nos. V-VIII without holding.

**2010–1917. Phifer v. State**
Hamilton App. No. C–090861. Discretionary appeal accepted on Proposition of Law Nos. I, II, III, and IV; cause held for the decision in 2009–0088, *State v. Williams,* Warren App. No. CA2008–02–029, 2008-Ohio-6195; and briefing schedule stayed.

PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law Nos. V-VIII without holding.

**2010–1925. State v. Ginley.**
Cuyahoga App. No. 95593.

O'CONNOR, C.J., and PFEIFER and LANZINGER, JJ., dissent.

**2010–1942. Sparks v. State.**
Hamilton App. No. C–100063. Discretionary appeal accepted on Proposition of Law Nos. I, II, III, and IV; cause held for the decision in 2009–0088, *State v. Williams,* Warren App. No. CA2008–02–029, 2008-Ohio-6195; and briefing schedule stayed.

PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law Nos. V-VIII without holding.

**2010–1946. Williams v. Ormsby.**
Medina App. No. 09CA0085–M, 2010-Ohio-4664.

PFEIFER, LUNDBERG STRATTON, and Cupp, JJ., dissent.